**Billy Dean CHAFFINS, Plaintiff–Appellant,**

**v.**

**SOUTHWEST VIRGINIA REGIONAL JAIL–ABINGDON, Defendant–Appellee.**

**No. 11–7145.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 14, 2012.

Billy Dean Chaffins, Appellant Pro Se.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Dean Chaffins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chaffins v. Southwest Virginia Regional Jail*, No. 7:11–cv–00312–JCT (W.D.Va. Aug. 17, 2011). Chaffins' request for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*